**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HUMMASTI,<br><br>　　　　Plaintiff,<br>　v.<br><br>CLASTOP COUNTY DISTRICT COURT OF PHILLIP NELSON,<br><br>　　　　Defendant.<br>_____/ | No. C-09-1413 MMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　　On May 13, 2009, the Court denied plaintiff's application to proceed in forma pauperis in the above-titled action and ordered him to pay the filing fee no later than May 29, 2009. The Court advised plaintiff that failure to pay the filing fee by May 29, 2009 would result in dismissal of the action without prejudice. To date, plaintiff has not paid the filing fee.

　　　　Accordingly, the above-titled action is hereby DISMISSED without prejudice.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: June 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge