IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW HUMMASTI,

        Plaintiff,

  v.

CLASTOP COUNTY DISTRICT COURT OF PHILLIP NELSON,

        Defendant.
                                     /

No. CV-09-1413 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: June 5, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk